USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGEL CHEVRESTT, :
:
                     Plaintiff, :
: 18-CV-8419 (VEC)
      -against- :
: MEDIATION REFERRAL
: ORDER
EARL G. GRAVES PUBLISHING CO., INC., :
:
                   Defendant. :
------------------------------------------------------------X

VALERIE CAPRONI, District Judge:

      This case, involving claims under the Copyright Act, 17 U.S.C. § 101 *et seq.*, has been assigned to this Court for all purposes. In the Court's experience, cases involving copyright claims often benefit from early mediation.

      To that end, prior to a Rule 16(b) case management conference, the Court is referring this case to the Mediation Office for settlement purposes under Local Civil Rule 83.9. The parties are hereby notified that Local Rule 83.9 shall govern the mediation, and the parties are directed to participate in the mediation in good faith. No later than one week after the conclusion of all mediation in this case, the parties are directed to notify the Court whether they successfully resolved the case in mediation. The Court specifically requests a mediator with expertise in copyright matters be assigned.

      To facilitate prompt mediation, the Court ORDERS Plaintiff: to file proof of service no more than three days after service has been effected; and to produce to Defendant, by the earlier of 1) 14 days after service of process or 2) three business days in advance of any mediation session, copies of records sufficient to show the royalty paid the last three times the picture that

is at issue in this case was licensed, as well as the number of times the picture was licensed in the last five years.

**SO ORDERED.**

Date:  **September 24, 2018**
       **New York, NY**

                                       **VALERIE CAPRONI**
                                       **United States District Judge**