



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2018

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

Meichelle R. MacGregor
(212) 790-9259
mrm@cll.com

October 5, 2018

<u>Via ECF</u>

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

    Re:    <u>Chevrestt v. Earl G. Graves Publishing Co., Inc.</u>, *No. 1:18-cv-8419 (VEC)*

Dear Judge Caproni:

    We represent defendant Earl G. Graves Publishing Co., Inc. ("Defendant") in this action. We are writing to request an extension of Defendant's deadline to answer or move with respect to the Complaint.

    The current deadline to answer or move with respect to the Complaint is October 9, 2018. Defendant requests a 30-day extension of this deadline, i.e., to November 8, 2018. The parties are engaged in settlement discussions and seek the extra time to continue such discussions. Plaintiff's attorney has consented to this request. This is the first request for an extension of this deadline.

    We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ Meichelle R. MacGregor

Meichelle R. MacGregor

cc:    Richard Liebowitz, Esq. (via ECF)

> Defendant's time to answer or otherwise respond to the Complaint is stayed until 30 days after the completion of Mediation. All other deadlines remain in effect.
>
> SO ORDERED.
>
> *[signature: Valerie Caproni]*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE
> 10/9/2018

30617/003/2516303.1